# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00650-CR

### David John Johnson, Appellant

### v.

### The State of Texas, Appellee

### FROM THE COUNTY COURT AT LAW OF BASTROP COUNTY
### NO. 51,338, HONORABLE BENTON ESKEW, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant filed a notice of appeal complaining about speedy trial violations. The trial court has certified that appellant has waived the right of appeal. Thus, the appeal is dismissed. *See* Tex. R. App. P. 25.2(d).

_____

David Puryear, Justice

Before Justices Puryear, Rose and Goodwin

Dismissed

Filed:   October 23, 2013

Do Not Publish